IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00527-BNB

RONALD ROY HOODENPYLE,

    Plaintiff,

v.

WILLIAM FRANKEL, Treasury/TIGTA,
DAVID M. GAOUETTE, U.S. Attorney,
MATTHEW T. KIRSCH, Asst. U.S. Attorney, and
MARCIA S. KRIEGER, U.S. D. Court Judge

    Defendants.

## ORDER

Pursuant to the order of dismissal and judgment entered in *Hoodenpyle v. Frankel*, No. 13-mc-00042-LTB (D. Colo. Feb. 28, 2013), and filed as exhibits 2 (order of dismissal) and 3 (judgment) in the instant action, this case is closed.

Accordingly, it is

ORDERED that pursuant to the order of dismissal and judgment entered in *Hoodenpyle v. Frankel*, No. 13-mc-00042-LTB (D. Colo. Feb. 28, 2013), this case is closed. It is

FURTHER ORDERED that the clerk of the Court is directed to close this case.

DATED at Denver, Colorado, this 4th day of March, 2013.

BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Senior Judge
    United States District Court